***Aguilera Law Firm, P.C.***

*314 South Sixth Avenue*
*Tucson, Arizona 85701*
*Telephone: (520) 884-1234*
*Facsimile: (520) 884-9687*
*e-mail: aguileralawfirm@gmail.com*

Attorneys for Defendant Jennifer Lopez
By: Benjamin W. Aguilera, Arizona Bar #020969

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR-21-01596-TUC-JAS(DTF)** |
| | ) | |
| **v.** | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| **Jennifer Lopez,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

COMES NOW, Defendant Jennifer Lopez, through undersigned counsel, and provides the following information that, she anticipates, will be useful to this Court in determining a fair and just sentence.  Ms. Lopez is scheduled to be sentenced on Wednesday, May 17, 2023 at 9:20 a.m.

### SENTENCING MEMORANDUM

Jennifer Lopez presents herself before this Honorable Court with the unquestionable acknowledgment that she has made the most significant mistake of her relatively young life. She is ashamed, humiliated and embarrassed to find herself before this Honorable Court for sentencing. She has never before found herself before any court

and has absolutely no criminal history. Her behavior in this case was truly aberrant and not in conformity with her character.

Jennifer Lopez was born and raised in Phoenix, AZ. She was raised primarily by bother her mother and her father until she was 14 years old. Her father, a Mexican Citizen, was ultimately deported from the United States. Unfortunately, she never saw her father again and he never provided any support to Jennifer's mother to help with the raising of Jennifer and her seven siblings. For Jennifer, her father's abandonment of the family is something that she has been unable to reconcile with herself. She is still effected by his complete and total desertion of the family. At just 14 years old, Jennifer had a close and loving relationship with her father. His sudden disappearance and failure to reach out thereafter is a source of great emotional pain for Jennifer. She knows she carries that pain with her and believes it has impacted her ability to trust her relationship partners. This case served only to reinforce her distrust.

After her father left, Jennifer's mother struggled to provide for her 8 children. Despite the fact that Jennifer's mother often worked multiple jobs and worked well into the evenings, she was able to ensure her children had food to eat and a house to live in. Jennifer describes her childhood as normal. She was a good student and worked hard to care for her siblings when her mother was at work. Jennifer's mother worked tirelessly to instill the virtues of hard work, integrity and respect for others in her children. She preached the value of education and a positive self image. She had never had any issues with anti-social behavior and she raised her children to respect the law. As can be

2

imagined, Jennifer's mother was beside herself when she learned of Jennifer's involvement in this offense. She was mortified when she learned that Jennifer would be arrested and possibly incarcerated for a significant period of time.

Jennifer's involvement in this case was facilitated and encouraged by her former partner and father of four of her children, Luis Carlos Rios. It was Mr. Rios that explained the scheme to her, introduced her to the ultimate recipient, arranged and negotiated for the transfer of the firearm and payment to Jennifer. Although Jennifer ultimately agreed to participate, her motivation was spurred by the fear of what Luis would do to her if she did not agree to participate. As indicated in the Pre-Sentence Investigation Report, Luis was a violent man who physically abused Jennifer and caused her to miscarry a pregnancy after a particularly savage beating. She purchased the gun but it was not without fear and intimidation by Luis. Nevertheless, Jennifer accepts full responsibility for her behavior.

Jennifer's arrest in this case came as a surprise to her. She had made the illegal purchase in July 2016. She was detained for questioning nearly one year later, in May 2017 and thereafter released without charges being filed. During the interim, she maintained contact with investigators and was advised that there was a minimal likelihood of being prosecuted. The years passed and Jennifer went on with her life. She never engaged in any anti-social or illegal behavior since the initial purchase date in July 2016. However, on July 7, 2021, just 6 days before the expiration of the 60 month statute of limitations in this case, the former prosecutor in this case decided to indict Jennifer.

3

She was formally arrested on January 30, 2022. During the nearly 66 month time period between July 2016 and September 2022, Jennifer started a family and maintained a law abiding lifestyle. She has 4 young children now, with the youngest being born just 2 months ago in March 2022. Jennifer resides with her mother and they both work together to support the children. Although the children would likely remain with Jennifer's mother in the event a custody sentence is imposed, she is by no means prepared to adequately care for the children on her own. Jennifer confesses that she would have to rely on friends and family to help her mother care for the four young children. She is begging for an opportunity to prove herself and demonstrate that she can continue to lead a positive and law-abiding lifestyle.

Jennifer's time on Pre-Trial release has been exemplary and without incident. She has been a model Pre-Trial client, never violating any terms and conditions of her supervision and always maintaining contact with her officer. She has demonstrated her ability to perform well in the community and would continue this compliance if given the opportunity to do so. She was functioning in the community without incident for 66 months after the incident and before her arrest. Jennifer is committed to her future and to the well being of her family. She was just 21 years old when the incident occurred, and since that time, she has transformed into a different person. She is strong, confident and positive. Motherhood has given her an entirely new perspective on life and she understands that her children are her primary concern. To be clear, she did not have any children at the time this incident occurred and avows she will never again behave in a

manner that puts her family's well being at risk. She has been adequately deterred and wants nothing to do with unproductive people or criminal behavior.

Jennifer respectfully requests this Honorable Court consider imposing a term of probation in this case. She is now nearly 7 years beyond this incident. She is a different person now who is truly remorseful and understands the seriousness of her actions. She is mother who will not allow herself to be involved with negative influences. She looks forward to a new life with new opportunities. Her life has been in a state of limbo since her arrest in January 2022 and she longs for a final resolution of this entire matter. She plans to obtain her GED and seek employment and child care assistance. Her childcare costs had been exorbitantly prohibitive in the past, often costing more than her ability to earn. Jennifer is motivated to succeed and she very much wants to secure employment and affordable child care. She is motivated and persistent and she knows she will be successful.

This case has been a glaring black spot on what has been an otherwise beautiful life for Jennifer and her family. She is scared to death of being incarcerated and she is terrified of what will become of her family in her absence. The deterrent factor associated with this entire process and the possibility of an extended detention cannot be overstated. Jennifer has learned a tough lesson and avows she will never again find herself on the wrong side of the law. She is the only parent and the sole provider for her four children. Her behavior was anomalous and not a reflection of who she truly is.

Jennifer has strong family support and they have stood by her side throughout this

entire process. Jennifer could not be more disappointed in herself. Prior to her arrest, she had just turned 21 years old and was a positive and productive member of society. As previously indicated, the deterrent impact of this entire episode is immense. The fear of incarceration has left Jennifer and her entire family feeling helpless and frightened.

In considering the 18 U.S.C. §3553(a) factors, Jennifer respectfully requests this Honorable Court exercise a variance and impose a sentence of time served with a term of probation. Such a sentence would be sufficient, but not greater than necessary to comply with the need for the sentence to reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, and finally, to provide adequate deterrence.

Jennifer will forever carry the burden of a felony conviction with her. It will be revealed and will be a constant reminder with every job application she fills out for the rest of her life. Finally, any concerns about recidivism will be belied with a term of community supervision. It will serve as an additional deterrent, will serve as a motivating force and will serve as a means for the Court to monitor her progress and quickly act, if necessary, to correct any concerns.

RESPECTFULLY SUBMITTED this 10th day of May, 2023.

**/S/ Benjamin W. Aguilera**
Benjamin W. Aguilera
Attorney for Jennifer Lopez

/ / /

6

Certificate of Service

I hereby certify that on May 10, 2023, I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

raquel.arellano@usdoj.gov


By _____BA_____

6281 - Lopez, J. - sent memo